**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

<u>   Motion Games, LLC   </u> v. <u> Nintendo of America Inc.   </u>

No. <u>15-1867</u>

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    Nintendo of America Inc.
                                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant    ☑ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name:   Barry J. Coyne
Law firm:   Reed Smith LLP
Address:   225 Fifth Avenue
City, State and ZIP:   Pittsburgh, PA 15222
Telephone:   (412) 288-3131
Fax #:   (412) 288-3063
E-mail address:   bcoyne@reedsmith.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): <u>02/18/1998</u>

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

<u>8/11/2015</u>    <u>/s/ Barry J. Coyne</u>
Date    Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on　Aug 11, 2015　by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　(by email or CM/ECF)

| Joseph S. Presta | /s/ Joseph S. Presta |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Nixon & Vanderhye P.C.

Address: 901 North Glebe Road, 11th Floor

City, State, ZIP: Arlington, VA 22203

Telephone Number: (703) 816-4000

FAX Number: (703) 816-4100

E-mail Address: jsp@nixonvan.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.