FORM 26. Docketing Statement

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 15-1867

Motion Games, LLC

v.

Nintendo of America Inc.

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent: Nintendo of America Inc.

Party is (select one):  ☐ Appellant/Petitioner    ☐ Cross-Appellant
                        ☑ Appellee/Respondent     ☐ Intervenor

Tribunal appealed from and Case No.: Patent Trial and Appeal Board - Case No. IPR2014-00164

Date of Judgment/Order: 05/15/2015    Type of Case: Inter Partes Review

Relief sought on appeal: Affirm Patent Trial and Appeal Board's Final Written Decision

Relief awarded below (if damages, specify): Claims 1, 2, 15-17, 25, 26, 34, and 39-41 of U.S. Patent No. 6,167,607 are unpatentable under 35 U.

Briefly describe the judgment/order appealed from: Patent Trial and Appeal Board's Final Written Decision ordering that claims 1, 2, 15-17, 25, 26, 34, and 39-41 of U.S. Patent No. 6,167,607 are unpatentable under 35 U.S.C. 103(a). In addition, Appellant has appealed all underlying orders, decision, rulings and opinions, including the Institution Decision of Inter Partes Review.

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

_____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued _____

None
_____

Brief statement of the issues to be raised on appeal _____

Whether the Patent Trial and Appeal Board's Final Written Decision ordering that claims 1, 2, 15-17, 25, 26, 34, and 39-41 of U.S. Patent No. 6,167,607 are unpatentable under 35 U.S.C. 103(a) should be affirmed.

Have there been discussions with other parties relating to settlement of this case?

　　　　☑ Yes　　☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?　　☑ Yes　　☐ No

If they were mediated, by whom? _____
Richard Grainger in related litigation in E.D. Tex. (Case No. 6:12-cv-878)

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☑ No

If you answered no, explain why not _____

Case has already been mediated and has not resulted in resolution. Appellee does not believe further mediation would be productive.

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this  11th  day of  August , 2015

by:  Electronic Means (by email and CM/ECF)
(manner of service)

| Joseph S. Presta | /s/ Joseph S. Presta |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm  Nixon & Vanderhye P.C.

Address  901 North Glebe Road, 11th Floor

City, State, ZIP  Arlington, VA 22203

Telephone Number  (703) 816-4000

FAX Number  (703) 816-4100

E-mail Address  jsp@nixonvan.com

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Aug 11, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

Joseph S. Presta                              /s/ Joseph S. Presta
Name of Counsel                               Signature of Counsel

Law Firm: Nixon & Vanderhye P.C.
Address: 901 North Glebe Road, 11th Floor
City, State, ZIP: Arlington, VA 22203
Telephone Number: (703) 816-4000
FAX Number: (703) 816-4100
E-mail Address: jsp@nixonvan.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.