**No. 15-1867**

# United States Court of Appeals for the Federal Circuit

MOTION GAMES, LLC,
*Appellant*,

v.

NINTENDO OF AMERICA INC.,
*Appellee*.

*Appeal from the Patent Trial and Appeal Board, United States Patent and Trademark Office in Case IPR 2014-00164*

## JOINT MOTION TO ENLARGE TIME FOR FILING APPELLEE'S PRINCIPAL BRIEF AND APPELLANT'S REPLY BRIEF

D. Michael Underhill
munderhill@bsfllp.com
Richard S. Meyer
rmeyer@bsfllp.com
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Joshua Kalb
jkalb@hunton.com
Hunton & Williams LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, GA 30308
Telephone: (404) 888-4000
Facsimile: (404) 888-4190

Joseph S. Presta
jsp@nixonvan.com
Nixon & Vanderhye P.C.
901 North Glebe Road
Arlington, VA 22203
Telephone: (703) 816-4000
Facsimile: (703) 816-4100

Brian D. Roche
broche@reedsmith.com
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-6490
Facsimile: (312) 207-6400

Barry J. Coyne
bcoyne@reedsmith.com
Reed Smith LLP
225 Fifth Avenue

- 2 -

| | |
|---|---|
| *Counsel for Appellant Motion Games, LLC* | Pittsburgh, PA 15222<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br><br>*Counsel for Appellee Nintendo of America Inc.* |

Pursuant to Federal Rule of Appellate Procedure 26(b) and Rule 26(b) of the Rules of this Court, Appellant Motion Games, LLC and Appellee Nintendo of America Inc. jointly respectfully request that the time for filing Appellee's principal brief, now due November 30, 2015, be extended fourteen (14) days to December 14, 2015, and that the time for filing Appellant's reply brief, which would be due December 28, 2015 under Appellee's requested extension, be extended nine (9) days to January 6, 2016.

There is good cause for the extensions. In light of existing commitments of Appellant's and Appellee's counsel in other cases and holiday schedules, Appellant and Appellee jointly request additional time to refine the issues in this case for clear and effective presentation to the Court.

This is the first enlargement of time requested by Appellee and the second enlargement of time requested by Appellant. Appellant was previously granted a fourteen (14) day extension for its initial brief, but this is the first enlargement of time requested for the Appellant's reply brief.

For the above reasons, Appellant and Appellee jointly respectfully request a fourteen (14) day extension of time, to and including December 14, 2015, for Appellee to file its principal brief in this appeal and a nine (9) day extension of time, to and including January 6, 2016, for Appellant to file its reply brief in this appeal.

This motion is accompanied by a proposed order.

| | |
|---|---|
| Dated: November 17, 2015 | Respectfully submitted, |
| BOIES, SCHILLER & FLEXNER LLP | REED SMITH LLP |
| By: */s/ Richard S. Meyer* <br> D. Michael Underhill <br> munderhill@bsfllp.com <br> Richard S. Meyer <br> rmeyer@bsfllp.com <br> Boies, Schiller & Flexner LLP <br> 5301 Wisconsin Avenue, N.W. <br> Suite 800 <br> Washington, D.C 20015 <br> Telephone: (202) 237-2727 <br> Facsimile: (202) 237-6131 <br><br> Josh Kalb <br> jkalb@hunton.com <br> Hunton & Williams LLP <br> Bank of America Plaza, Suite 4100 <br> 600 Peachtree Street, NE <br> Atlanta, GA 30308 <br> Telephone: (404) 888-4000 <br> Facsimile: (404) 888-4190 <br><br> *Attorneys for Appellant Motion Games, LLC* | By: */s/ Barry J. Coyne* <br> Barry J. Coyne <br> bcoyne@reedsmith.com <br> Reed Smith LLP <br> 225 Fifth Avenue <br> Pittsburgh, PA 15222 <br> Telephone: (412) 288-3131 <br> Facsimile: (412) 288-3063 <br><br> Brian D. Roche <br> broche@reedsmith.com <br> Reed Smith LLP <br> 10 South Wacker Drive <br> Chicago, IL 60606 <br> Telephone: (312) 207-6490 <br> Facsimile: (312) 207-6400 <br><br> Joseph S. Presta <br> jsp@nixonvan.com <br> Nixon & Vanderhye P.C. <br> 901 North Glebe Road <br> Arlington, VA 22203 <br> Telephone: (703) 816-4000 <br> Facsimile: (703) 816-4100 <br><br> *Attorneys for Appellee Nintendo of America Inc.* |

# CERTIFICATE OF INTEREST

Counsel for the Appellant Motion Games, LLC certifies the following:

1. The full name of every party or amicus represented by me is: Motion Games, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

| Law Firm | Attorney |
|---|---|
| Hunton & Williams LLP | Leonard C. Suchyta |
|  | Joshua M. Kalb |
| Boies, Schiller & Flexner LLP | D. Michael Underhill |
|  | Richard S. Meyer |
|  | Patrick M. Lafferty |
| Love Law Firm PC | Gregory P. Love |

Dated: November 17, 2016          By: /s/ Richard S. Meyer
                                      Richard S. Meyer

# CERTIFICATE OF INTEREST

Counsel for the Appellee Nintendo of America Inc. certifies the following:

1. The full name of every party or amicus represented by me is: Nintendo of America Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: Nintendo Co., Ltd. and Nintendo of America Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: Nintendo Co., Ltd., whose stock is publicly traded in Japan, owns 100% of Nintendo of America Inc.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

| Law Firm | Attorney |
|---|---|
| Reed Smith LLP | Brian D. Roche |
| | James C. Martin |
| | Barry J. Coyne |
| | Jennifer Yule DePriest |
| | Matthew J. Shiels |
| | Vanessa Marti Heftman |
| | Keyonn L. Pope |
| Nixon & Vanderhye P.C. | Joseph S. Presta |
| Yarbrough Wilcox, PLLC | Herbert A. Yarbrough, III |

- 2 -

Dated: November 17, 2015                By: */s/ Barry J. Coyne*
                                            Barry J. Coyne

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed an original copy of this **JOINT MOTION TO ENLARGE TIME FOR FILING APPELLEE'S PRINCIPAL BRIEF AND APPELLANT'S REPLY BRIEF** with the U.S. Court of Appeals for the Federal Circuit and served a copy on all counsel of record, this 17th day of November 2015, by electronic delivery through the Court's CM/ECF system to:

D. Michael Underhill
munderhill@bsfllp.com
Richard S. Meyer
rmeyer@bsfllp.com
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Josh Kalb
jkalb@hunton.com
Hunton & Williams LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, GA 30308
Telephone: (404) 888-4000
Facsimile: (404) 888-4190

*Counsel for Appellant Motion Games*

Joseph S. Presta
jsp@nixonvan.com
Nixon & Vanderhye P.C.
901 North Glebe Road
Arlington, VA 22203
Telephone: (703) 816-4000
Facsimile: (703) 816-4100

Barry J. Coyne
bcoyne@reedsmith.com
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

Brian D. Roche
broche@reedsmith.com
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-6490
Facsimile: (312) 207-6400

*Counsel for Nintendo of America Inc.*
By: */s/ Barry J. Coyne*
Barry J. Coyne

No. 15-1867

# United States Court of Appeals for the Federal Circuit

MOTION GAMES, LLC,
*Appellant*,

v.

NINTENDO OF AMERICA INC.,
*Appellee*.

*Appeal from the Patent Trial and Appeal Board, United States Patent and Trademark Office in Case IPR 2014-00164*

**PROPOSED ORDER ON JOINT MOTION TO ENLARGE TIME FOR FILING APPELLEE'S PRINCIPAL BRIEF AND APPELLANT'S REPLY BRIEF**

Appellee Nintendo of America and Appellant Motion Games, LLC jointly move for a fourteen (14) day extension of time, until December 14, 2015, for Appellee Nintendo of America to file its principal brief, and a nine (9) day extension of time, until January 6, 2016, for Appellant Motion Games, LLC to file its reply brief.

Upon consideration thereof, IT IS ORDERED THAT:

The motion is granted.

Date: _____

FOR THE COURT

_____
Daniel E. O'Toole
Clerk