NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MOTION GAMES, LLC,**
*Appellant*

**v.**

**NINTENDO OF AMERICA INC.,**
*Appellee*

_____

2015-1867

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00164.

_____

**ON MOTION**

_____

**O R D E R**

The parties jointly move for extensions of time to file their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Appellee's brief is due no later than December 14, 2015. Appellant's reply brief is due no later than January 6, 2016.

2                MOTION GAMES, LLC v. NINTENDO OF AMERICA INC.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25