**No. 15-1867**

# United States Court of Appeals for the Federal Circuit

MOTION GAMES, LLC,
Respondent – Appellant,

v.

NINTENDO OF AMERICA INC.,
Petitioner – Appellee.

*Appeal from the Patent Trial and Appeal Board, United States Patent and Trademark Office in Case IPR 2014-00164*

## JOINT STATEMENT OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 33

Richard S. Meyer
rmeyer@bsfllp.com
D. Michael Underhill
munderhill@bsfllp.com
Patrick M. Lafferty
plafferty@bsfllp.com
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

Joseph S. Presta
jsp@nixonvan.com
Nixon & Vanderhye P.C.
901 North Glebe Road
Arlington, VA 22203
Telephone:  (703) 816-4000
Facsimile:  (703) 816-4100

Brian D. Roche
broche@reedsmith.com
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 207-6490
Facsimile:  (312) 207-6400

Josh Kalb
jkalb@hunton.com
Hunton & Williams LLP
2200 Pennsylvania Ave, N.W.
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-7434

*Counsel for Appellant Motion Games, LLC*

Barry J. Coyne
bcoyne@reedsmith.com
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

Rudolf E. Hutz
rhutz@reedsmith.com
Reed Smith LLP
1201 North Market Street
Wilmington, DE 19801-1163
Telephone: 302-778-7571
Facsimile: 302-778-7575

*Counsel for Appellee Nintendo of America Inc.*

The Appellant and Appellee jointly state that settlement discussions have been conducted in compliance with Federal Circuit Rule 33.

| | |
|---|---|
| Date: January 13, 2016 | Respectfully submitted, |
| BOIES, SCHILLER & FLEXNER LLP | REED SMITH LLP |
| By: */s/ Richard S. Meyer* | By: */s/ Barry J. Coyne* |

Richard S. Meyer
rmeyer@bsfllp.com
D. Michael Underhill
munderhill@bsfllp.com
Patrick M. Lafferty
plafferty@bsfllp.com
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Josh Kalb
jkalb@hunton.com
Hunton & Williams LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, GA 30308
Telephone: (404) 888-4000
Facsimile: (404) 888-4190

*Attorneys for Appellant Motion Games, LLC*

Barry J. Coyne
bcoyne@reedsmith.com
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

Brian D. Roche
broche@reedsmith.com
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 207-6490
Facsimile:  (312) 207-6400

Joseph S. Presta
jsp@nixonvan.com
Nixon & Vanderhye P.C.
901 North Glebe Road
Arlington, VA 22203
Telephone:  (703) 816-4000
Facsimile:  (703) 816-4100

Rudolf E. Hutz
Reed Smith LLP
1201 North Market Street
Wilmington, DE 19801-1163
Telephone: 302-778-7571
Facsimile: 302-778-7575
rhutz@reedsmith.com

*Attorneys for Appellee Nintendo of America Inc.*

# CERTIFICATE OF INTEREST

Counsel for the Appellant Motion Games, LLC certifies the following:

1. The full name of every party or amicus represented by me is: Motion Games, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

| Law Firm | Attorney |
|---|---|
| Hunton & Williams LLP | Leonard C. Suchyta |
| | Joshua M. Kalb |
| | Jeff B. Vockrodt |
| | Michael A. O'Shea |
| Boies, Schiller & Flexner LLP | D. Michael Underhill |
| | Richard S. Meyer |
| | Patrick M. Lafferty |
| Love Law Firm PC | Gregory P. Love |

Dated: January 13, 2016                    By: */s/ Richard S. Meyer*
                                                Richard S. Meyer

# CERTIFICATE OF INTEREST

Counsel for the Appellee Nintendo of America Inc. certifies the following:

1. The full name of every party or amicus represented by me is: Nintendo of America Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: Nintendo Co., Ltd. and Nintendo of America Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: Nintendo Co., Ltd., whose stock is publicly traded in Japan, owns 100% of Nintendo of America Inc.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

| Law Firm | Attorney |
| --- | --- |
| Reed Smith LLP | Brian D. Roche |
|  | James C. Martin |
|  | Barry J. Coyne |
|  | Jennifer Yule DePriest |
|  | Matthew J. Shiels |
|  | Vanessa Marti Heftman |
|  | Keyonn L. Pope |
|  | Rudolf E. Hutz |
| Nixon & Vanderhye P.C. | Joseph S. Presta |

|  |  |
|---|---|
| | Yarbrough Wilcox, PLLC    Herbert A. Yarbrough, III |
| Dated: January 13, 2016 | By: */s/ Barry J. Coyne* |
| | Barry J. Coyne |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed an original copy of this **JOINT STATEMENT OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 33** with the U.S. Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 13th day of January, 2016, by electronic delivery through the Court's CM/ECF system to:

Richard S. Meyer
rmeyer@bsfllp.com
D. Michael Underhill
munderhill@bsfllp.com
Patrick M. Lafferty
plafferty@bsfllp.com
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C.  20015

Josh Kalb
jkalb@hunton.com
Hunton & Williams LLP
2200 Pennsylvania Ave, N.W.
Washington, DC 20037

*Counsel for Motion Games, LLC*

By:     */s/ Richard S. Meyer*
          Richard S. Meyer

Joseph S. Presta
Nixon & Vanderhye P.C.
901 North Glebe Road
Arlington, VA 22203
jsp@nixonvan.com

Barry J. Coyne
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
bcoyne@reedsmith.com

Brian D. Roche
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
broche@reedsmith.com

Rudolf E. Hutz
Reed Smith LLP
1201 North Market Street
Wilmington, DE 19801-1163
rhutz@reedsmith.com

*Counsel for Nintendo of America Inc.*